UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-20539-BLOOM

FRANCISCO RODRIGUEZ CRUZ,

    Plaintiff,
v.

NICKELSON I. FELIX

    Defendant.
_____/

## ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING COMPLAINT

**THIS CAUSE** is before the Court upon a review of *pro se* Plaintiff Francisco Rodriguez Cruz's Complaint, ECF No. [1], and Plaintiff's Motion for Leave to Proceed *in Forma Pauperis*, ECF No. [3], docketed on February 9, 2022. Because Plaintiff is a *pro se* litigant who has not paid the required filing fee, the screening provisions of 28 U.S.C. § 1915(e) apply. Under the statute, courts are permitted to dismiss a suit "any time [] the court determines that . . . (B) the action or appeal . . . (i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2). Having screened Plaintiff's Complaint, the Court concludes it is subject to dismissal.

To state a claim for relief, a pleading must contain: "(1) a short and plain statement of the grounds for the court's jurisdiction . . . ; (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought[.]" In addition, "a complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)).

Courts must "construe *pro se* pleadings liberally, holding them to a less stringent standard than those drafted by attorneys." *Arrington v. Green*, 757 F. App'x 796, 797 (11th Cir. 2018). Still, a *pro se* party must abide by Federal Rule of Civil Procedure 8(a)(2), which requires that a pleading contain a "short and plain statement of the claim" showing the pleader is entitled to relief. *See Barmapov v. Amuial*, 986 F.3d 1321, 1324 (11th Cir. 2021). "[T]he leniency accorded *pro se* litigants does not give a court license to serve as *de facto* counsel for a party or to rewrite an otherwise deficient pleading to sustain an action." *Matthews, Wilson & Matthews, Inc. v. Capital City Bank*, 614 F. App'x 969, 969 n.1 (11th Cir. 2015) (citing *GJR Invs., Inc. v. Cnty. of Escambia, Fla.*, 132 F.3d 1359, 1369 (11th Cir. 1998), *overruled in part on other grounds by Randall v. Scott*, 610 F.3d 701, 709 (11th Cir. 2010)).

In order to state a claim under 42 U.S.C. § 1983, a plaintiff must plead that he was (1) deprived of a right; (2) secured by the Constitution or laws of the United States; and (3) that the alleged deprivation was committed under color of state law. *See Am. Mfrs. Mut. Ins. Co. v. Sullivan*, 526 U.S. 40, 50 (1999); *Rayburn v. Hogue*, 241 F.3d 1341, 1348 (11th Cir. 2001).

Even under the relaxed pleading standard afforded to pro se litigants, *see Abele v. Tolbert*, 130 F. App'x 342, 343 (11th Cir. 2005), the Complaint fails. The Complaint is styled as an action under 42 U.S.C. § 1983. ECF No. [1] at 1. The Complaint alleges that Plaintiff was walking on the sidewalk in front of "1331 nw 198th st" and that a dog "belonging to the address mentioned" bit Plaintiff's left calf and right leg, causing deep punctures and bleeding, requiring emergency medical evacuation. *Id.* at 2. The Complaint further alleges that the owner of the dog is Defendant Nickelson I. Felix. *Id.* Those allegations fail to support a violation of Plaintiff's constitutional rights as the Court is unable to ascertain whether Plaintiff was deprived of a constitutional or statutory right under the color of state law.

Case No. 23-cv-20539-BLOOM

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Complaint, **ECF No. [1]**, is **DISMISSED** without prejudice. The Clerk is **DIRECTED** to close the case and Plaintiff's motion to proceed *in forma pauperis*, **ECF No. [3]**, is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 13, 2023.

_[signature]_

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

**Francisco Rodriguez Cruz**
15605 SW 295 TERRACE
HOMESTEAD, FL 33033
PRO SE